IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SOLAE, LLC,<br>a Delaware limited liability company,<br><br>      Plaintiff,<br><br>vs.<br><br>HERSHEY CANADA, INC.,<br>a Canadian corporation,<br><br>      Defendant. | )<br>)<br>)<br>)  C.A. No. _____<br>)<br>)<br>)  **JURY TRIAL DEMANDED**<br>)<br>)<br>)<br>)<br>) |

**PLAINTIFF'S RULE 7.1 DISCLOSURE STATEMENT**

Plaintiff Solae, LLC submits the following in accordance with Federal Rule of Civil Procedure 7.1:

(1)   Solae Holdings LLC is the sole member of Solae, LLC.

(2)   E.I. du Pont de Nemours and Company, and Bunge Holdings N.A., Inc. are the sole members of Solae Holdings LLC.

(3)   Publicly held companies that indirectly own ten percent (10%) or more of Solae, LLC are E.I. du Pont de Nemours and Company, and Bunge Ltd.

Dated:  March 9, 2007

MORRIS JAMES LLP

*/s/ Katherine J. Neikirk*
P. Clarkson Collins, Jr. (I.D. No. 739)
Katherine J. Neikirk (I.D. No. 4129)
500 Delaware Avenue, Suite 1500
P.O. Box 2306
Wilmington, Delaware 19899
(302) 888-6800
(302) 571-1750 (fax)
pcollins@morrisjames.com
kneikirk@morrisjames.com


CROWELL & MORING LLP
Scott L. Winkelman
Monica M. Welt
1001 Pennsylvania Ave., N.W.
Washington, D.C. 20004-2595

Attorneys for Plaintiff Solae, LLC

1537796