IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SOLAE, LLC,<br>a Delaware limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>HERSHEY CANADA, INC.,<br>a Canadian corporation,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

C.A. No. 1: 07-cv-00140

**JURY TRIAL DEMANDED**

PRAECIPE

TO:   Clerk of the Court
      United States District Court
      For the District of Delaware
      855 King Street
      Wilmington, DE 19801

PLEASE ISSUE ALIAS SUMMONS and Complaint to the Defendant Hershey Canada, Inc. for service by special process server at Hershey Canada, Inc., 2350 Matheson Blvd. E, Mississauga, Ontario, Canada L4W 5E9.

Dated: March 27, 2007

/s/ Katherine J. Neikirk
P. Clarkson Collins, Jr. (#729)
Katherine J. Neikirk (#4129)
MORRIS JAMES LLP
500 Delaware Avenue, Suite 1500
Wilmington, Delaware 19801-1494
302.888.6800
pcollins@morrisjames.com
kneikirk@morrisjames.com
Attorneys for Plaintiff Solae, LLC

1544086