# UNITED STATES DISTRICT COURT

District of **DELAWARE**

SOLAE, LLC,

**SUMMONS IN A CIVIL CASE**

Plaintiff,

V.

CASE NUMBER: 07-140

HERSHEY CANADA, INC.,

Defendant.

TO: (Name and address of Defendant)

Hershey Canada, Inc.
c/o Delaware Secretary of State
401 Federal Street, Suite 3
Dover, DE 19901

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

P. Clarkson Collins, Jr.
Katherine J. Neikirk
Morris James LLP
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801

an answer to the complaint which is served on you with this summons, within __Twenty (20)__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO                                                3/9/07

CLERK                                                          DATE

By (DEPUTY CLERK)

1538475/1

• AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me(1) | DATE<br>3/27/07 |
| NAME OF SERVER (PPJNT)<br>KEVIN DUNN | TITLE<br>SPECIAL PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): SERVED: HERSHEY CANADA, INC C/O THE DELAWARE SECRETARY OF STATE DOVER, DE COPIES THEREOF WERE ACCEPTED BY KAREN CHRBANAEU

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   3/27/07
               Date

*Signature of Server*
BRANDYWINE PROCESS SERVERS, LTD.
P.O. BOX 1360
WILMINGTON, DE 19899-1360
302- 475-2600

ALSO SERVED
PLAINTIFFS' RULE 7.1 DISCLOSURE STATEMENT
CIVIL COVER SHEET
NOTICE OF AVAILABILITY OF U.S. MAGISTRATE JUDGE
MOTION & ORDER FOR ADMISSION PRO HAC VICE

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.