IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SOLAE, LLC,<br>a Delaware limited liability company,<br><br>      Plaintiff,<br><br>vs.<br><br>HERSHEY CANADA INC.,<br>an Ontario, Canada corporation,<br><br>      Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)   C.A. No. 07-140-JJF<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### ORDER

The Court, having considered Defendant Hershey Canada Inc.'s Motion to Dismiss, and good cause having been shown,

IT IS HEREBY ORDERED this _____ day of _____, 2007 that the Motion is GRANTED.

 

_____
Judge

## CERTIFICATE OF SERVICE

I hereby certify that on April 18, 2007, I electronically filed the foregoing with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following and which has also been served as noted:

### BY HAND

P. Clarkson Collins, Jr.
Katherine J. Neikirk
Morris James, LLP
500 Delaware Avenue, Suite 1500
Wilmington, Delaware 19899

I further certify that on April 19, 2007, the foregoing document was sent to the following non-registered participants in the manner indicated:

### VIA FEDERAL EXPRESS

Scott L. Winkelman
Monica M. Welt
Crowell & Moring LLP
1001 Pennsylvania Ave. N.W.
Washington, D.C. 20004-2595

---
Gregory E. Stuhlman (#4765)
stuhlman@rlf.com