IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SOLAE, LLC,<br>a Delaware limited liability company, | ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | Civil Action No. 07-140-JJF |
| HERSHEY CANADA INC.,<br>an Ontario, Canada corporation, | ) ) ) | |
| Defendant. | ) ) ) | |

## DECLARATION OF JAMES KUEHL

1. My name is James Kuehl. I am a Materials Analyst with Hershey Canada Inc. ("Hershey Canada") and I work in Smiths Falls, Ontario. I make this Declaration in support of Hershey Canada's motion to dismiss the Complaint in the above-referenced case.

2. As a Materials Analyst I am responsible for placing and monitoring the orders of various ingredients to be used in the production of chocolate products by Hershey Canada, including soy lecithin. The product that Hershey Canada purchased from Solae, LLC ("Solae") is called IP soy lecithin, or "identity preserved" soy lecithin. Until the incident that forms the basis of this lawsuit, Hershey Canada sourced IP soy lecithin from Solae for use at Hershey Canada's manufacturing facility in Smiths Falls, Ontario.

3. The Solae customer service representatives with whom I have interacted in connection with Hershey Canada's purchase of soy lecithin from Solae were, to the best of my knowledge, based either in Chicago, Illinois or St. Louis, Missouri, but not in Delaware. For example, Laura Titus, the Solae customer service representative to whom I faxed the purchase order corresponding to the Salmonella-tainted shipment, lists a "314" area code for her telephone number, as indicated in Exhibit A to this Declaration. Based on an internet search, I understand that the 314 area code covers the St. Louis, Missouri area, where Solae is headquartered. Solae's current customer service representative for Hershey Canada, Cindy Wright, also lists a "314" area code for her telephone number, as indicated in Exhibit B.

4. To my knowledge, I have never had any interaction with any Solae employee based in or located in Delaware. I have never transacted business on Hershey Canada's behalf in Delaware. To my knowledge, no events relating to this lawsuit occurred in Delaware.

5. In December 2005, Kimberly McLucas of Hershey's Commodities Department in Hershey, Pennsylvania and Solae account manager Laurie Cradick negotiated the 2006 Quantity Contract (#46044618) for Solae's supply of soy lecithin to Hershey.

The Quantity Contract set forth the terms on which Hershey would purchase soy lecithin from Solae. The purchase order at issue under this suit was made pursuant to the 2006 Quantity Contract.

6.   Ms. Cradick's emails from the time of negotiation of the Quantity Contract indicate that "414" is the area code for her telephone and fax numbers, as indicated in Exhibit C. Based on an internet search, I understand that the 414 area code covers southeastern Wisconsin. More recently, Ms. Cradick's area code has changed to "262," another area code in southeastern Wisconsin.

7.   I was not involved in negotiating Quantity Contract #46044618 but was notified of its existence in a January 10, 2006 email from Kimberly McLucas.

8.   At no time have I had the authority to negotiate the contractual terms and conditions for our purchase of soy lecithin. The terms and conditions governing the relationship between Hershey Canada and Solae are entirely within the authority of Kimberly McLucas.

9.   I created the purchase order that gave rise to this dispute, PO #4500257993, by converting an automatically-generated "Requisition" in Hershey Canada's SAP ordering system (which had been generated by pulling from the Quantity Contract pursuant to our manufacturing needs at the time) into a formal purchase order to send to Solae.

10.   On June 21, 2006, I faxed PO #4500257993 to Laura Titus at (314) 982-1015, another St. Louis–based number. A copy of PO #4500257993 is attached as Exhibit D to this Declaration.

11.   On June 23, 2006, I received a single-page return fax from Laura Titus containing Order Confirmation #234910, which recited the quantity, price and delivery terms that had been included in PO #4500257993. As the fax confirmation line at the bottom of the page indicates, only one page was transmitted. I never received the reverse side of Order Confirmation #234910 or the terms and conditions purportedly included therein. I never agreed as part of this order that any disputes over this order would have to take place in Delaware, nor would I have had the authority to make such an agreement. A copy of Order Confirmation #234910 is attached as Exhibit E to this Declaration.

12.   Based on email communications with Solae representatives and Solae's shipping documents, my understanding is that the adulterated soy lecithin that Solae shipped pursuant to PO #4500257993 originated in Brazil.

13.   According to information provided by Solae representatives, the concentrated soy lecithin left Brazil and was shipped to a Solae plant in Gibson City, Illinois, which is located about 100 miles south of Chicago. The product was then reconstituted at the Gibson City facility and transported by truck to a Smiths Falls warehouse, Wills Warehouse, which is operated by an independent party with whom Hershey Canada does business, Wills Transfer.

14.   There is no indication—and I do not believe—that the shipment for PO #4500257993 ever passed through or anywhere near the State of Delaware. The most direct route

from Gibson City, Illinois would involve passing through Indiana and Michigan and crossing into Canada from Michigan.

15.    The shipment for PO #4500257993 was received at Wills Warehouse on September 29, 2006, by a Wills Transfer employee named Keith Chapman. Chapman was responsible for inspecting the shipment for any obvious defects (such as leaking) and completing a Receiving checklist in connection with that inspection. Chapman held the shipment at Wills Warehouse until I sent him a transfer order for the soy lecithin to be delivered to Hershey Canada's Smiths Falls facility for manufacturing.

16.    The soy lecithin officially entered Hershey Canada's inventory when it arrived at Wills Warehouse, where Chapman entered it into the SAP system.

17.    The documents included in the shipment to Wills Warehouse included a bill of lading, certificate of analysis and delivery note, all appearing to be generated by Solae. True and correct copies of these shipping documents are attached as Exhibit F to this Declaration. None of these documents include the terms and conditions from the reverse side of Solae's Order Confirmation.

18.    On October 17, 2006, I faxed a subsequent purchase order, PO #4500314153, to Solae and received Order Confirmation #251428 in return. As with the previous order, Solae sent this order confirmation as a one-page fax that did not include the reverse-side terms and conditions. Due to the discovery of Salmonella contamination in the previous shipment, I cancelled PO# 4500314153 on November 28, 2006 in a phone conversation with Cindy Wright. Hershey Canada never accepted delivery on this order. None of my dealings with Solae concerning PO #4500314153 included people, documents or product located in Delaware.

19.    After eight years of working at Hershey Canada, I will be leaving my employment at the company on April 27, 2007. My departure from Hershey Canada is entirely voluntary and bears no relation to this litigation or the events giving rise to it.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on April 17, 2007

_____
James Kuehl

3

## CERTIFICATE OF SERVICE

I hereby certify that on April 18, 2007, I electronically filed the foregoing with the Clerk

of Court using CM/ECF which will send notification of such filing(s) to the following and which

has also been served as noted:

### BY HAND

P. Clarkson Collins, Jr.
Katherine J. Neikirk
Morris James, LLP
500 Delaware Avenue, Suite 1500
Wilmington, Delaware 19899


I further certify that on April 19, 2007, the foregoing document was sent to the following

non-registered participants in the manner indicated:

### VIA FEDERAL EXPRESS

Scott L. Winkelman
Monica M. Welt
Crowell & Moring LLP
1001 Pennsylvania Ave. N.W.
Washington, D.C. 20004-2595

_____
Gregory E. Stuhlman (#4765)
stuhlman@rlf.com

# EXHIBIT A

**Kuehl, James**

| | |
|---|---|
| From: | LTitus@solae.com |
| Sent: | Friday, April 28, 2006 7:54 PM |
| To: | Kuehl, James |
| Cc: | LCradick@solae.com |
| Subject: | Re: PO #4500213861 |

Hi James,

Revised delivery date of 6/2 has been noted.  I will send the revised order
confirmation early next week.

I also recieved the new order, 4500233191, and will enter this order and
fax the order confirmation as soon as it clears our Credit Department.

Thank you for the new order!

Best Regards,
Laura

Laura Titus
The Solae Company - "Better Ingredients for Better Living™
Customer Service
Toll Free Telephone: 1-866-982-7879
Local Telephone: 314-982-1203
Fax: 314-982-1015


          "Kuehl, James"
          <JKuehl@hersheys
          com>                                                    To
                              <LTitus@solae.com>
          04/28/2006 01:28                                        cc
          PM
                                                            Subject
                              PO #4500213861




Good afternoon Laura,


Please delay the delivery date of our next load of IP lecithin totes from
May 26 to June 2.


Thanks,

James

This communication is for use by the intended recipient and contains
information that may be Privileged, confidential or copyrighted under
applicable law. If you are not the intended recipient, you are hereby
formally notified that any use, copying or distribution of this e-mail,
in whole or in part, is strictly prohibited. Please notify the sender by
return e-mail and delete this e-mail from your system. Unless explicitly
and conspicuously designated as "E-Contract Intended", this e-mail does
not constitute a contract offer, a contract amendment, or an acceptance
of a contract offer. This e-mail does not constitute a consent to the
use of sender's contact information for direct marketing purposes or for
transfers of data to third parties.

Francais Deutsch Italiano  Espanol  Portugues  Japanese  Chinese  Korean

          http://www.DuPont.com/corp/email_disclaimer.html

# EXHIBIT B

## Kuehl, James

| | |
|---|---|
| **From:** | cwright@solae.com |
| **Sent:** | Tuesday, October 31, 2006 9:12 AM |
| **To:** | Kuehl, James |
| **Cc:** | LCradick@solae com |
| **Subject:** | Re: Next order of lecithin |

Good morning James,

The IP lecithin just got into Chicago yesterday from Brazil. It still needs to go through customs, then be heated and taken to our plant to adjust into finished product. It will be late next week before we will be able to ship, so at this point it does not look like we will be able to deliver any earlier than 11/14 (this is actually a Tuesday). Please note that we do have a 6 to 8 week lead time on this product. The sooner you can get new orders placed the better.

Regards,

Cindy Wright
Customer Service Representative
The Solae Company
Phone: 314-659-3349
Toll Free: 800-634-0018
** NEW Fax: 314-659-5730 **
email: cwright@solae.com

"Kuehl, James" <JKuehl@hersheys.com>                           To <cwright@solae com>, <LCradick@solae com>
                                                              cc
10/30/2006 02:54 PM                                           Subject Next order of lecithin

Good afternoon,

Is it possible to move our next order of IP lecithin up from its current delivery date? Right now, it is scheduled to arrive at Wills warehouse on Friday, November 14. I can take it anytime.

Please advise,

**James Kuehl**
Materials Analyst
Hershey Canada
(613) 283-3300x353
(613) 283-7625 FAX

10/31/2006

email: Jkuehl@hersheys.com

This communication is for use by the intended recipient and contains
information that may be Privileged, confidential or copyrighted under
applicable law. If you are not the intended recipient, you are hereby
formally notified that any use, copying or distribution of this e-mail,
in whole or in part, is strictly prohibited. Please notify the sender by
return e-mail and delete this e-mail from your system. Unless explicitly
and conspicuously designated as "E-Contract Intended", this e-mail does
not constitute a contract offer, a contract amendment, or an acceptance
of a contract offer. This e-mail does not constitute a consent to the
use of sender's contact information for direct marketing purposes or for
transfers of data to third parties.

Francais Deutsch Italiano  Espanol  Portugues  Japanese  Chinese  Korean

        http://www.DuPont.com/corp/email_disclaimer.html

10/31/2006

# EXHIBIT C

Page 1 of 2

**McLucas, Kimberly**

From:    LCradick@solae.com
Sent:    Wednesday, December 14, 2005 3:43 PM
To:      McLucas, Kimberly
Subject: Fw: revised 2006 quotation

Laurie Cradick
Account Manager - Lecithin Division
Solae, LLC
Office phone:  414-427-5067
Office fax:  414-427-5092

---- Forwarded by Laurie Cradick/PROTEIN on 12/14/2005 02:43 PM ----

Laurie Cradick/PROTEIN                        To  Kim McLucas
                                              cc
12/05/2005 08:54 PM                           Subject  Fw: revised 2006 quotation

Kim - Sorry I forgot to include the Dartmouth, Nova Scotia ship to location.

SOLEC 3F-UB-TN, packaged in 450-lb. drums, is $0.5064/lb. delivered based upon a minimum order quantity of 5,400 lbs. (12 drums).

Best regards,

Laurie Cradick
Account Manager - Lecithin Division
Solae, LLC
Office phone:  414-427-5067
Office fax:  414-427-5092

---- Forwarded by Laurie Cradick/PROTEIN on 12/05/2005 08:49 PM ----

Laurie Cradick/PROTEIN                        To  Kim McLucas
                                              cc
12/05/2005 08:48 PM                           Subject  revised 2006 quotation

Kim -

Sorry for the delay in sending this revised quotation:

SOLEC 3F-UB-TN (formerly CENTROL 3F-UB-TN), packaged in bulk tank loads. is $0.2850/lb. delivered.  As in 2005, this bid is for a

11/13/2006

volume award of no more than 1.2 million pounds.

SOLEC 3F-UB-IP/SOLEC 162-US-IP, packaged in 1 metric ton tote containers, is $1.2565/lb. delivered. This bid is for a volume award of no more than 250,000 pounds.

Payment terms for all products are Net 30 days. Effective dates are January 01, 2006 through December 31, 2006; valid upon acceptance.

I'll be travelling this week, but please feel free to contact me upon review at 414-305-1086 to discuss how you wish to proceed

Best regards,

Laurie Cradick
Account Manager – Lecithin Division
Solae, LLC
Office phone:  414-427-5067
Office fax:  414-427-5092

This communication is for use by the intended recipient and contains information that may be Privileged, confidential or copyrighted under applicable law. If you are not the intended recipient, you are hereby formally notified that any use, copying or distribution of this e-mail, in whole or in part, is strictly prohibited. Please notify the sender by return e-mail and delete this e-mail from your system. Unless explicitly and conspicuously designated as "E-Contract Intended", this e-mail does not constitute a contract offer, a contract amendment, or an acceptance of a contract offer. This e-mail does not constitute a consent to the use of sender's contact information for direct marketing purposes or for transfers of data to third parties.

Francais Deutsch Italiano  Espanol  Portugues  Japanese  Chinese  Korean

        http://www.DuPont.com/corp/email_disclaimer.html

11/13/2006

# EXHIBIT D

Hershey Canada, Inc.

**HERSHEY'S** A Subsidiary of / une filiale de
The Hershey Company

Purchase Order/Bon d'Achat    4500257993

Page    1
Date    06/21/2006

Invoice To/
cturer à:
THE HERSHEY COMPANY
DISBURSEMENTS DEPARTMENT
PO BOX 806 - 100 CRYSTAL A DR
HERSHEY PA 17033-0806

The Purchase order number and product code must appear on all invoices,
correspondence, packing slips, etc. Packing slip must be included with all shipments.
Le numéro de bon de commande ainsi que le numéro de produit doivent figurer sur
toute correspondance, factures, bons de connaissement, etc. Le bon de connaissement doit
être inclus avec tout envoi.

**Terms and Conditions on Reverse / Modalités au Verso**

Vendor /
Fournisseur:
3008099
THE SOLAE CO LLC
23091 NETWORK PLACE
CHICAGO, IL 60673-1217
USA

Ship To /
Expédier à:
~~Smiths Falls Plant~~    GILLS warehouse
~~Hershey Canada, Inc.~~    HWY 15 south
1 ~~Hershey Drive~~
~~Smiths Falls, ON  K7A 4T8~~    Smiths Falls, ON.
Appt = (613) 283-5194

Vendor Phone/Tél:   800-348-0960    Fax: ~~219-429-5591~~  (314) 982-1015
Vendor Contact/Représentant: AMY
Date/Date:

Incoterms/Incoterms: FOB DESTINATION
Contact: James Kuehl ext353

Phone/Tél: 613 283-3300
Fax: (613) 283-4844

Vendor Contract/
Contrat de Fournisseur:    Laura
Terms/Conditions de Paiement: Within 30 days Due net

Currency/Monnaie: USD

| Item/Article | Quantity/Quantité | U/M | Stock No./Code de Produit<br>Description | Price/Prix | Amount/Montant |
|---|---|---|---|---|---|
| 00010 | 39,682.800 | Pound | 1-00768-000<br>Lecithin, Soy, Identity Preserved | 125.65 | 100/LB | 49,861.44 |

Delivery date: 09/29/2006
RELEASE AGAINST CONTRACT 46044618
ITEM ON CONTRACT 00010

(18 x 1000 kg totes)

Material code
10005325

Material must meet most recent Hershey Foods Corporation specifications.

*Our next order.*

| | Total Amount/Montant Total    USD | 49,861.44 |
|---|---|---|

The above prices on this purchase order excludes the Goods
and Services Tax (GST) and Quebec Sales Tax (QST).

All correspondence, including acknowledgements, quotations
and invoices must indicate the following:

1) Vendor GST and/or QST registration number
2) The GST and/or QST item tax status
3) The GST and/or QST separately by each line item
4) Total GST and/or QST amount of the invoice

Dans le prix indiqué ci-dessus dans ce bon de commande, la taxe sur
les produits et services (TPS) et la taxe de vente du Québec (TVQ)
ne sont pas comprises.

Toute la correspondance, y compris les accusés de reception, le
propositions de prix et les factures doivent mentionner les
renseignements suivants:

1) Le numéro d'enregistrement du fournisseur pour la TPS et/ou TVQ
2) La situation fiscale de l'article en ce qui concerne la TPS et/ou TVQ
3) Le montant de la TPS et/ou TVQ séparé pour chaque article de la gamme
4) Le montant de la TPS et/ou TVQ pour la facture

Ontario retail sales tax exempt vendor permit No. 1233-6386.
No. 1233-6386 d'exemption de taxe de vente au detail de l'Ontario

Hershey Canada, Inc.

# EXHIBIT E

.

06/23/2006 11:07 FAX 613 283 4844          HERSHEY CANADA                           ☑001/001



*The Solae Company*

# Order Confirmation 234910

## Shipping Address

HERSHEY CANADA, INC.
C/O WILLS WAREHOUSE
HWY 15 SOUTH
SMITH FALLS ON K7A 4T8
CANADA

## Bill-to Party Address

HERSHEY CANADA SMITH FALLS PLT
1 HERSHEY DRIVE
SMITH FALLS ON K7A 4T8
CANADA

## Information

| | |
|---|---|
| Document Date | 21 Jun 2006 |
| Purchase Order No. | 4500257993 |
| Purchase Order Date | |
| Incoterms | FOB Shippoint; Frt. PPD/Dlvd |
| Payment Terms | 30 days from Invoice date |
| Freight Terms | Freight Included in the Price |

22 Jun 2006 01:04:24                      Page 2 of 2

## Sales Order Details

| Item | Material Description | Conf. Date | Quantity | Net Weight | Gross Weight | Unit Price | Amount |
|---|---|---|---|---|---|---|---|
| 0010 | 10005325<br><br>SOLEC 3F-UB-IP<br>Standard Soy Lecithin Fluid<br>1,000 KG ST CAGE<br>Cust. Material No.: 1-00768-000<br><br>Please fax order confirmation James Kuehl at (613) 283-4844. | 09/29/2006 | 18 IBC | 18,000.000 KG | 19,242 KG | 2.7701 /KG | 49,861.80 |
| | | | | | Total Amount    USD | | 49,861.80 |

Created By: Laura Titus
Shipping Plant: VX07 Gibson City Plant
Price shall be the price in effect on the date of shipment
Prices reflected in the order confirmation are subject to change.
Please see Attachment 1 - Conditions of Sale on reverse side.
If you have any questions regarding this invoice please contact Financial Services at 1-800-325-7108 extension 3468.

Solae, LLC
P.O. Box 88940
St. Louis, Missouri 63188
(314) 982-1999 Tel  (800) 325-7108 Toll Free

Solae, LLC
1034 Danforth Drive
St. Louis, Missouri 63102

NO. 6137    P. 1/1          SOLAE LLC-CS    9:40AM  2006, 23. JUN.

# EXHIBIT F

# HERSHEY CANADA INC.

## RECEIVING

PRODUCTION/PROCESS LINE:  Receiving Areas

FILE I.D. #: RAW10600.ppt

PEP CATEGORY: Safety Control Point

DOCUMENT DESCRIPTION: Incoming Ingredient Inspection

DATE ISSUED: November 29, 2002

SUPERSEDING DATE: July 17, 2000

PEP/HACCP

TEAM SIGNATURES:

---

TIME OF ARRIVAL  11:00 am

CARRIER  CFI

PKG/RAW MAT'L DESCR.  Soy-Lecithin

ITEM NO.  100768000

IN-HOUSE LOT #

SUPPLIER  THE SOLAE CO

DATE  SEPT 29/06

TRAILER/RAILCAR #  25327

USDA #

SEAL NO.  050599

DOES SEAL NO. MATCH B/L?    YES  ✓   NO

LOCATION OF UNLOADING  LWS

---

| 'x' is the desired answer | PRESENT | ABSENT |
|---|---|---|
| **1.   SEALS - PRESENT** | x | |
| A) Ensure seals are intact and present on bulk ingredients and full trailer shipments | Comment | |
| B) Ensure attendant equipment including pumps and hoses are clean and sealed | OK | |
| **2. STRUCTURE - ABSENT FROM DEFICIENCIES** | | x |
| A) Ensure that there are no structural deficiencies (leaks, holes, debris, reefer units) | Comment | |
| B) Ensure that there are no odours, remains, infestation or cross contamination of nut products | OK | |
| **3.  CONTENTS - CORRECT INGREDIENT** | x | |
| A) Confirm cargo with Bill of Lading and review certificate of analysis. | Comment | |
| B) Bulk Only - review wash ticket and evaluate the prior load information. | OK | |

**4. MAGNET/SCREEN INSPECTION  - APPLICABLE/NON APPLICABLE**

| TANK #: _____ | YES/NO OR N/A | COMMENTS |
|---|---|---|
| Is screen intact and free from tears? | | |
| Is screen free from foreign material? | | |
| Is magnet intact and working? | | |
| Is magnet free from metal with sharp and/or jagged edges? | | |
| Are UV lights on and working? | | |

(Circle) Accepted/Rejected                Designated : _____

*The Solae Company.*

**STRAIGHT BILL OF LADING SHORT FORM**

ORDER # 234910
DELIVERY # 80290104
SHIPMENT # 0000137157
Page 1 of 1

RECEIVED, subject to the classification and tariffs in effect on the date of the Issue of this Bill of Lading

AT GIBSON CITY, IL.   DATE **27 Sep 2006**   FROM   Solae, LLC

(Mail or street address of Consignee - For purposes of notification only.)
the property described below, in apparent good order, except as noted (contents and condition of contents of package unknown, marked, consigned, and destined as indicated below, which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in Official, Southern, Western and Illinois Freight Classification in effect on the date thereof, if this is a rail or rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment.
Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

CONSIGNED TO
**HERSHEY CANADA, INC.**
C/O WILLS WAREHOUSE
HWY 15 SOUTH

DESTINATION
**SMITH FALLS, ON K7A 4T6**
CA

ROUTING
**CFI CONCENTRATE CONTRACT**
4701 E 32ND ST
JOPLIN , MO - 64803
TEL: 800-641-4747

CUSTOMER PO #
**4500257993**

FREIGHT TERMS
FOB Shippoint; Frt. PPD/Dlvd
PREPAID

| DESTINATION PORT | CONTAINER/TRAILER **25327** | SEAL NUMBER 050599 | |
|---|---|---|---|
| CONFIRMED DELIVERY DATE **29 Sep 2006** | SAIL DATE | ETA DATE | CUT-OFF DATE |
| BOOKING NUMBER | VESSEL | SHIP-TO NAME | |

| NO. PKGS. | DESCRIPTION OF ARTICLES, SPECIAL MARKS AND EXCEPTIONS. | FREIGHT CLASS | **WEIGHT (SUBJ. TO CORRECTION)** |
|---|---|---|---|
| 18 IBC | 10005325 | 55 | 42,421 LB |
| | SOLEC 3F-UB-IP | | |
| | Standard Soy Lecithin Fluid | | |
| | 1,000 KG ST CAGE | | |
| | Cust. Material No.: 1-00768-000 | | |
| | TOTAL WEIGHT   42,421 LB | | |
| | TOTAL WEIGHT   19,242 KG | | |

This shipment is correctly described. Correct weight is _____ lbs. Subject to verification by the Western Weighing and Inspection Bureau in accordance with Agreement No. 4960. Eastern Weighing and Inspection Bureau in accordance with Agreement. Southern Weighing and Inspection Bureau in accordance with Agreement No.16654. Transcontinental Freight Bureau in accordance with Agreement No. X-3973. (Shippers imprint in lieu of stamp, not a part of Bill of Lading approved by the Interstate Commerce Commission).

**Foodgrade articles, Do not ship with chemicals, toxic or odorous substance**

* If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "Carrier's or shipper's weight."
NOTE - Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property. The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding   Per

Solae, LLC, Shipper _____   _____ Agent

Per _____
SHIPPER LOAD/CONSIGNEE UNLOAD

Solae, LLC
124 State Route 47
Gibson City IL 60936

Per _____
SHIPPER INSTRUCTIONS

**Delivery appt required - call Keith or Mike @ (613) 283-5194 or 613-283-9043. Receiving hours are 8 am to 4:30 pm. Delivery to Will Warehouse, Hwy 15, Smith Falls, Ontario) Driver should cross @ Detroit Windsor Bridge.**

Solae, LLC
P.O. Box 88940
St. Louis, Missouri 63188
(314) 982-1983 Tel (800) 325-7108 Toll Free

Solae, LLC
1034 Danforth Drive
St. Louis, Missouri 63102

In Case of Transportation Emergency or Product Spill Contact CHEMTREC 1-800-424-9300 & the Shipper of the Materials.

**The Solae℠ Company**
Solae, LLC
P.O. Box 112
Gibson City, IL 60936-9986 USA

WAREHOUSE TRUCK LOADING DIAGRAM

CUSTOMER  *Hershey Canada*

DATE  *9-26-06*

S.I. NUMBER  *234910*

TRUCK NUMBER  *25327*

SEAL NUMBERS  *050599*

| PRODUCT | BATCH NO. | NO. ~~DRUMS~~ IBC |
|---|---|---|
| 3F-UB-IP | F43-208 | 1 |
| 3F-UB-IP | F43-236 | 17 |

TIME STARTED _____

TIME LOADED _____

LOADER  *DR*  SHIFT  *1st*

LOADER _____ SHIFT _____

LOADED _____ SHIFT _____

TRAILER INSPECTION:
1. Roof _____
2. Nose _____
3. Sides _____
4. Floor _____
5. Doors _____
6. Other _____

SPECIAL INFORMATION: _____

_____

_____

PALLETS / PLYWOOD USED: *0*

Loading diagram (right side):

*F43-208*  20 — 20

19

18 — 17

16 — 15

14 — 9

10 — 10 — (X)

11 — 12

13 — 8

7 — 6

5 — 4

**WE APPRECIATE YOUR BUSINESS!**

*The Solae Company.*

**CERTIFICATE OF ANALYSIS**

**Ship To:**

HERSHEY CANADA, INC.
C/O WILLS WAREHOUSE
HWY 15 SOUTH
SMITH FALLS ON  K7A 4T6
CANADA

**Shipped From:**

Gibson City Plant
Solae, LLC
124 State Route 47
Gibson City IL  60936

**Material:**

10005325
SOLEC 3F-UB-IP
Standard Soy Lecithin Fluid
1,000 KG ST CAGE
1-00768-000

**Order / Item
Delivery / Item**

234910 / 000010
80290104 / 900001

**Batch / Quantity**

F430000208 / 1,000 KG
*Date of Manufacture: 28 Nov 2005*

**P/O No.:**

4500257993

| Characteristic | Value |
| --- | --- |
| Acetone Insolubles | 64.0 % |
| Acid Value | 28.0 mg/g |
| Color, Gardner | 16.6 |
| Hexane Insoluble | 0.01 % |
| Karl Fischer Moisture | 0.80 % |
| Viscosity | 10000.0 CPOISE |
| Best Before | 28 May 2007 |

**Quality Manager:**
**Carl Sayre**

The results certified above are based upon Standard Methods and may be derived from either actual laboratory analyses, rapid measurement technology, statistically defined sampling plan results, or through correlation studies.  Solae, LLC guarantees the product you receive meets the qualities certified.

*The Solae℠ Company.*

~ floor

**Page 1 of  1**
**Date: 26 Sep 2006**

### CERTIFICATE OF ANALYSIS

**Ship To:**

HERSHEY CANADA, INC.
C/O WILLS WAREHOUSE
HWY 15 SOUTH
SMITH FALLS ON  K7A 4T6
CANADA

**Shipped From:**

Gibson City Plant
Solae, LLC
124 State Route 47
Gibson City IL  60936

**Material:**

10005325
SOLEC 3F-UB-IP
Standard Soy Lecithin Fluid
1,000 KG ST CAGE
1-00768-000

**Order / Item**
**Delivery / Item**

234910 / 000010
80290104 / 900002

**Batch / Quantity**

F430000236 / 17,000 KG
*Date of Manufacture: 24 Jun 2006*

**P.O. No.:**

4500257993

| Characteristic | Value |
|---|---|
| Acetone Insolubles | 63.0 % |
| Acid Value | 26.0 mg/g |
| Color, Gardner | 16.7 |
| Hexane Insoluble | 0.00 % |
| Karl Fischer Moisture | 0.40 % |
| Viscosity | 5950.0 CPOISE |
| Best Before | 24 Dec 2007 |

**Quality Manager:**
**Carl Sayre**

The results certified above are based upon Standard Methods and may be derived from either actual laboratory analyses, rapid measurement technology, statistically defined sampling plan results, or through correlation studies.  Solae, LLC guarantees the product you receive meets the qualities certified.

**RECEIVING REPORT**

**09168**

## Wills TRANSFER Limited

*SMITHS FALLS*
*Head Office:*
P.O. Box 340 146 Hwy. 15
Smiths Falls, Ontario K7A 4T2
*(613) 283-0225  Fax (613) 283-9805*

DATE: SEPT 29/06

Accepted By: WILLS WHSE.
SMITHS FALLS

| RECEIVED FROM THE SOLAE CO. | CARRIER C.F.I. | PRO NUMBER PO# 4500257993 | | | |
|---|---|---|---|---|---|
| BA. NUMBER 234910 | TRAILER NUMBER 25327 | | | | |
| QUANTITY | ITEM | CODE | DESCRIPTION | UNIT PRICE | EXTENSION |
| 18 TOTES | | 100168000 | SOY - LECITHIN  18 TOTES × 2204·6 lbs | | |
| 18 TOTES | | | | | |

THE GOODS LISTED WERE RECEIVED IN APPARENT GOOD ORDER EXCEPT AS NOTED. (CONTENTS, CONDITIONS, QUALITY AND VALUE UNKNOWN) SUBJECT TO ALL TERMS AND CONDITIONS ON REVERSE. THE ORDER AGREES THAT WILLS TRANSFER SHALL HAVE A LIEN ON THE GOODS OF THE OWNER AS PROVIDED FOR IN THE WAREHOUSEMAN'S LIEN ACT (ONTARIO) OR ANY OTHER SIMILAR LEGISLATION IN EFFECT IN CANADA FROM TIME TO TIME FOR ALL THE CHARGES FOR WHICH THE OWNER IS RESPONSIBLE IN ACCORDANCE WITH THE TERMS OF THIS WAREHOUSE RECEIPT.
NOTE: THE MERCHANDISE COVERED BY THIS DOCUMENT IS NOT INSURED BY WILLS TRANSFER. THIS CONTRACT CONTAINS A LIMITATION OF LIABILITY PROVISION (SEE TERMS AND CONDITIONS ON REVERSE SIDE).
IMPORTANT
TO PREVENT FURTHER LOSS, DETERIORATION OR POSSIBLE CONTAMINATION TO OTHER GOODS IN OUR WAREHOUSE YOU ARE URGENTLY REQUESTED TO ISSUE DISPOSAL INSTRUCTIONS FOR ALL DAMAGED MATERIAL LISTED ON THIS DOCUMENT.

*The Solae*
*Company.*

**Delivery Note**
**80290104**

**Shipping Address**

HERSHEY CANADA, INC
C/O WILLS WAREHOUSE
HWY 15 SOUTH
SMITH FALLS ON  K7A 4T6
CANADA

**Billing Address**

HERSHEY CANADA SMITH FALLS PLT
1 HERSHEY DRIVE
SMITH FALLS ON  K7A 4T8
CANADA

**Information**

| | |
|---|---|
| Document Date | 27 Sep 2006 |
| Delivery Date | 29 Sep 2006 |
| Sales Order Number | 234910 |
| Customer Number | 55188098 |
| Purchase Order No. | 4500257993 |
| Purchase Order Date | |
| Incoterms | FOB Shippoint; Frt. PPD/Dlvd |
| Pro Number | |
| Total Net Weight | 18,000.000   KG |
| Total Gross Weight | 19,242.000   KG |

GXX1                                                              1 of  1

**Shipping Details**

| Item | Material Description | Quantity | | Net Weight |
|---|---|---|---|---|
| 0010 | 10005325 SOLEC 3F-UB-IP Standard Soy Lecithin Fluid 1,000 KG ST CAGE Customer material number 1-00768-000 F430000208 F430000236 | 1 17 | IBC IBC | 1,000  KG 17,000   KG |
| | Container/Truck Nbr: 25327 Seal Nbr: 050599 | | | |

Solae, LLC
P.O. Box 88940
St. Louis, Missouri 63188
(314) 982-1983 Tel  (800) 325-7108 Toll Free

Solae, LLC
1034 Danforth Drive
St. Louis, Missouri 63102