IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SOLAE, LLC,<br>a Delaware limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>HERSHEY CANADA, INC.,<br>a Canadian corporation,<br><br>Defendant. | )<br>)<br>)<br>)<br>)  C.A. No. 1: 07-cv-00140<br>)<br>)<br>)  **JURY TRIAL DEMANDED**<br>)<br>)<br>)<br>)<br>) |

**STIPULATION AND ORDER**

IT IS HEREBY STIPULATED AND AGREED, by and between counsel for the parties and subject to the approval of the Court, that the time by which Plaintiff Solae, LLC shall respond to Defendant Hershey Canada, Inc.'s Motion to Dismiss is hereby extended to and including May 11, 2007.

| | |
|---|---|
| /s/ Katherine J. Neikirk<br>P. Clarkson Collins, Jr. (#739)<br>Katherine J. Neikirk (#4129)<br>MORRIS JAMES LLP<br>500 Delaware Avenue, 10th Floor<br>Wilmington, DE 19801<br>(302) 888-6800<br>pcollins@morrisjames.com<br>kneikirk@morrisjames.com<br>*Attorneys for Plaintiff Solae, LLC* | /s/ Jeffrey L. Moyer<br>Jeffrey L. Moyer (#3309)<br>RICHARDS LAYTON & FINGER, P.A.<br>One Rodney Square<br>920 North King Street<br>Wilmington, DE 19801<br>(302) 651-7525<br>moyer@rlf.com<br>*Attorneys for Defendant Hershey Canada, Inc.* |

**SO ORDERED** this _____ day of May 2007.

_____
The Honorable Joseph J. Farnan, Jr.