## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SOLAE, LLC,<br>a Delaware limited liability company,<br><br>  Plaintiff,<br><br>vs.<br><br>HERSHEY CANADA, INC.,<br>a Canadian corporation,<br><br>  Defendant. | )<br>)<br>)<br>) C.A. No. 1: 07-cv-00140<br>)<br>)<br>) **JURY TRIAL DEMANDED**<br>)<br>)<br>)<br>)<br>) |

## AFFIDAVIT PURSUANT TO D. DEL. LR 4.1 (b)

STATE OF DELAWARE     :
              : SS:
COUNTY OF NEW CASTLE   :

  **BE IT REMEMBERED** that on this 7th day of May, A.D. 2007, personally came

before me, the Subscriber, a Notary Public for the State and County aforesaid, Katherine J. Neikirk,

attorney for the Plaintiff, who being sworn according to law did depose and say as follows:

  1.  That to the best of her knowledge, the Defendant Hershey Canada, Inc. is a

nonresident of the State of Delaware whose name and address is as follows:

> Hershey Canada, Inc.
> 2350 Matheson Blvd. E.
> Mississauga, Ontario, Canada  L4W 5E9

  2.  That on March 9, 2007, the Complaint in the above-captioned action was filed and

that on March 9, 2007 the Clerk issued a Summons to serve the Secretary of State pursuant to 10

Del. C. § 3104.

  3.  That on March 28, 2007, the Return of Service was filed, a copy of which is attached

as Exhibit A.

4.    That on March 29, 2007, the said Katherine J. Neikirk, Esquire, caused a copy of the Notice, attached hereto as Exhibit B, to be mailed by Registered Mail to the following defendant: Hershey Canada, Inc.

5.    That on April 30, 2007, Katherine J. Neikirk, Esquire, received from the postal authority the international return receipt attached hereto as Exhibit C.

6.    That the said receipt has the same registered number, to-wit: RB 420 634 065 US, as the receipt received at the time of the mailing of said notice, attached hereto as Exhibit D.

Dated:  May 7, 2007

Katherine J. Neikirk (#4129)
MORRIS JAMES LLP
500 Delaware Avenue, Suite 1500
Wilmington, Delaware 19801-1494
302.888.6808
kneikirk@morrisjames.com
Attorneys for Plaintiff Solae, LLC


SWORN TO AND SUBSCRIBED before me the day and year aforesaid:

Notary Public

SHEILA M. GODWIN
Notary Public - State of Delaware
My Comm. Expires Mar. 17, 2009

# EXHIBIT A

AO 440 (Del.Rev. 10/01) Summons In a Civil Action

# UNITED STATES DISTRICT COURT

District of _____DELAWARE_____

SOLAE, LLC,

**SUMMONS IN A CIVIL CASE**

Plaintiff,

V.

CASE NUMBER:    $0\ 7\ -\ 1\ 4\ 0$

HERSHEY CANADA, INC.,

Defendant.

TO: (Name and address of Defendant)

Hershey Canada, Inc.
c/o Delaware Secretary of State
401 Federal Street, Suite 3
Dover, DE 19901

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

P. Clarkson Collins, Jr.
Katherine J. Neikirk
Morris James LLP
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801

an answer to the complaint which is served on you with this summons, within  Twenty (20)  days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO

3/9/07

CLERK _____

DATE _____

By (DEPUTY CLERK) _____

1538475/1

· AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me(1) | DATE 3/27/07 | |
| NAME OF SERVER (PRINT) KEVIN DUNN | TITLE | SPECIAL PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify):  SERVED:  HERSHEY CANADA, INC C/O THE DELAWARE SECRETARY OF STATE  DOVER, DE  COPIES THEREOF WERE ACCEPTED BY KAREN CHRBANAEU

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 3/27/07
_____
Date

*Signature of Server*
BRANDYWINE PROCESS SERVERS, LTD.
P.O. BOX 1360
WILMINGTON, DE 19899-1360
302- 475-2600

ALSO SERVED
PLAINTIFFS' RULE 7.1 DISCLOSURE STATEMENT
CIVIL COVER SHEET
NOTICE OF AVAILABILITY OF U.S. MAGISTRATE JUDGE
MOTION & ORDER FOR ADMISSION PRO HAC VICE

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# EXHIBIT B

# Morris James LLP

Jason C. Jowers
302.888.6860
jjowers@morrisjames.com

March 29, 2006

**VIA INTERNATIONAL REGISTERED MAIL/
RETURN RECEIPT REQUESTED**
Hershey Canada, Inc.
2350 Matheson Blvd. E
Mississauga, Ontario, Canada  L4W 5E9

   Re:   **Solae, LLC v. Hershey Canada, Inc., C.A. No. 07-140-JJF**

To Whom It May Concern:

   On March 27, 2007, Plaintiff served Hershey Canada, Inc. with Process (Summons) and the Complaint in this matter by serving the Secretary of State of Delaware.  Pursuant to *10 Del. C.* § 3104, such service is as effectual to all intents and purposes as if it had been made upon Hershey Canada, Inc. personally within Delaware.

   Enclosed are the following documents:

   1.   Summons;
   2.   Solae, LLC's Complaint against Hershey Canada, Inc.;
   3.   Plaintiff's Rule 7.1 Disclosure Statement;
   4.   Civil Cover Sheet;
   5.   Notice of Availability of a United State Magistrate Judge to Exercise Jurisdiction; and
   6.   Motion and Order for Admission *Pro Hac Vice* of Scott Winkelman, Esquire and Monica M. Welt, Esquire.

                  Sincerely,

                  Jason C. Jowers

JCJ/smg
Enclosures

cc:   P. Clarkson Collins, Esquire (w/out enclosures)
      Katherine J. Neikirk, Esquire (w/out enclosures)

1544701/1

# EXHIBIT C

— **Registered No.** RB420634065US    RB420634065US    **Date Stamp** —

| | | |
|---|---|---|
| **Reg. Fee** $7.90 | | |
| **Handling Charge** $0.00 | **Return Receipt** | $1.85 |
| **Postage** $1.70 | **Restricted Delivery** | $0.00 |
| **Received by** | | |

**Customer Must Declare Full Value $** $0.00    ☐ With Postal Insurance    ☐ Without Postal Insurance

*To Be Completed By Post Office*

Domestic Insurance up to $25,000 is included in the fee. International Indemnity is limited. (See Reverse).

**OFFICIAL USE**

**FROM** Morris James LLP
P.O. Box 2306
Wilm De 19899

**TO** Hershey Canada Inc.
2nd Canada Matheson Blvd E
Mississauga, Ontario Canada
L4W 5E9

SmG

*To Be Completed By Customer (Please Print) All Entries Must Be In Ballpoint or Typed*

**PS Form 3806,** **Receipt for Registered Mail**    Copy 1 - Customer
May 2004 (7530-02-000-9051)    (See Information on Reverse)
For domestic delivery information, visit our website at *www.usps.com* ®

# EXHIBIT D

| Item Description (Nature de l'envoi) | ✗ Registered Article (Envoi recommandé) | ☐ Letter (Lettre) | ☐ Printed Matter (Imprimé) | ☐ Other (Autre) | Recorded Delivery (Envoi à livraison attestée) | Express Mail International |
|---|---|---|---|---|---|---|

☐ Insured Parcel (Colis avec valeur déclarée)    Insured Value (Valeur déclarée) Article Number

RB420634065US

Office of Mailing (Bureau de dépôt)    Date of Posting (Date de dépôt)
8/29/07

Hershey Canada, Inc.
2350 Matheson Blvd. E
Mississauga, Ontario, Canada  L4W 5E9

This receipt must be signed by: (1) the addressee; or, (2) a person authorized to sign under the regulations of the country of destination; or, (3) if those regulations so provide, by the employee of the office of destination. This signed form will be returned to the sender by the first mail.

(Ce reçu doit être signé par le destinataire ou par une personne autorisée en vertu des règlements du pays de destination, ou, si ces règlements le comportent, par l'agent du bureau de destination; le renvoi par le premier courrier directement à l'expéditeur.)

Postmark of the office of destination (Timbre du bureau de destination)

☐ The article mentioned above was duly delivered.
(L'envoi mentionné ci-dessus a été dûment livré.)    Date

Signature of Addressee (Signature du destinataire)    Office of Destination Employee Signature (Signature de l'agent du bureau de destination)

PS Form 2865, February 1997 (Reverse)

---

**UNITED STATES POSTAL SERVICE** ®

**Return Receipt for International Mail**
(Registered, Insured, Recorded Delivery, Express Mail)

Administration des Postes des Etats-Unis d'Amérique

*Par Avion*

Postmark of the office returning the receipt Timbre du bureau renvoyant l'avis

Return by the quickest route (air or surface mail), à découvert and postage free.

A renvoyer par la voie la plus rapide (aérienne ou de surface), à découvert et en franchise de port

The sender completes and indicates the address for the return of this receipt.
(A remplir par l'expéditeur, qui indiquera son adresse pour le renvoi du présent avis.)

Name or Firm (Nom ou raison sociale)

Morris James, LLP
Attention:  Katherine J. Neikirk, Esquire
P.O. Box 2306
Wilmington, DE  19899

UNITED STATES OF AMERICA    Etats-Unis d'Amérique

PS Form 2865, February 1997    *Avis de réception*    CN07 (Old C5)