IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SOLAE, LLC,<br>a Delaware limited liability company,<br><br>      Plaintiff,<br><br>vs.<br><br>HERSHEY CANADA INC.,<br>an Ontario, Canada corporation,<br><br>      Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No. 07-140-JJF<br>)<br>)<br>)<br>)<br>)<br>) |

### NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL

PLEASE TAKE NOTICE that Steven J. Fineman of Richards, Layton & Finger is substituted for Gregory E. Stuhlman of Richards, Layton & Finger as counsel for Defendant Hershey Canada, Inc. Jeffrey L. Moyer and Richards, Layton & Finger continue to represent Defendant Hershey Canada Inc. in this matter.

 

/s/ Jeffrey L. Moyer
_____
Jeffrey L. Moyer (#3309)
moyer@rlf.com
Gregory E. Stuhlman (#4765)
stuhlman@rlf.com
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
(302) 651-7700

OF COUNSEL:
Craig S. Primis, P.C.
John R. Phillips
Jennifer W. Cowen
Kirkland & Ellis LLP
655 15th Street, N.W.
Washington, D.C. 20005

Dated: May 18, 2007

RLF1-3153334-1

## CERTIFICATE OF SERVICE

I hereby certify that on May 18, 2007, I electronically filed the foregoing with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following and which has also been served as noted:

### BY HAND

P. Clarkson Collins, Jr.
Katherine J. Neikirk
Morris James, LLP
500 Delaware Avenue, Suite 1500
Wilmington, Delaware 19899

I further certify that on May 18, 2007, the foregoing document was sent to the following non-registered participants in the manner indicated:

### VIA FEDERAL EXPRESS

Scott L. Winkelman
Monica M. Welt
Crowell & Moring LLP
1001 Pennsylvania Ave. N.W.
Washington, D.C. 20004-2595

Gregory E. Stuhlman (#4765)
stuhlman@rlf.com