IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SOLAE, LLC,<br>a Delaware limited liability company,<br><br>      Plaintiff,<br><br>vs.<br><br>HERSHEY CANADA INC.,<br>an Ontario, Canada corporation,<br><br>      Defendant. | )<br>)<br>)<br>)<br>)<br>)  C.A. No. 07-140-JJF<br>)<br>)<br>)<br>)<br>) |

## STIPULATION AND ORDER

IT IS HEREBY STIPULATED AND AGREED, by and between counsel for the parties and subject to the approval of the Court, that the time by which Defendant Hershey Canada Inc. shall move, answer or otherwise respond to the Amended Complaint in this action is hereby extended to and including June 8, 2007.

/s/ P. Clarkson Collins, Jr.
P. Clarkson Collins, Jr. (#739)
pcollins@morrisjames.com
Katherine J. Neikirk (#4129)
kneikirk@morrisjames.com
Morris James LLP
500 Delaware Avenue, 10th Floor
Wilmington, DE 19801
(302) 888-6800

*Attorneys for Plaintiff Solae, LLC*

_____
Jeffrey L. Moyer (#3309)
moyer@rlf.com
Steven J. Fineman (#4025)
fineman@rlf.com
Richards, Layton & Finger
One Rodney Square
920 North King Street
Wilmington, DE 19801
(302) 651-7700

*Attorneys for Defendant Hershey Canada Inc.*

      IT IS SO ORDERED this ____ day of May 2007.

_____
The Hon. Joseph J. Farnan, Jr.

RLF1-3156126-1