IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SOLAE, LLC,<br>a Delaware limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>HERSHEY CANADA INC.,<br>an Ontario, Canada corporation,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)  C.A. No. 07-140-JJF<br>)<br>)<br>)<br>)<br>)<br>) |

### DEFENDANT HERSHEY CANADA INC.'S
### MOTION TO DISMISS THE AMENDED COMPLAINT

Defendant Hershey Canada Inc. moves to dismiss with prejudice all counts of the Amended Complaint in the above-captioned action. The grounds for this Motion are fully stated in the accompanying Opening Brief of Hershey Canada Inc. In Support Of Its Motion To Dismiss The Amended Complaint.

/s/ Jeffrey L. Moyer
Jeffrey L. Moyer (#3309)
moyer@rlf.com
Steven J. Fineman (#4025)
fineman@rlf.com
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
(302) 651-7700

OF COUNSEL:

Craig S. Primis, P.C.
John R. Phillips
Kirkland & Ellis LLP
655 15th Street, N.W.
Washington, D.C. 20005
(202) 879-5000

Dated: June 8, 2007

RLF1-3162787-1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

### CERTIFICATE OF SERVICE

I hereby certify that on June 8, 2007, I electronically filed the foregoing with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following and which has also been served as noted:

### HAND DELIVERY

P. Clarkson Collins, Jr.
Katherine J. Neikirk
Morris James, LLP
500 Delaware Avenue, Suite 1500
Wilmington, Delaware 19899

I further certify that on June 8, 2007, the foregoing document was sent to the following non-registered participants in the manner indicated:

### FEDERAL EXPRESS

Scott L. Winkelman
Monica M. Welt
Crowell & Moring LLP
1001 Pennsylvania Ave. N.W.
Washington, D.C. 20004-2595

_____
Jeffrey L. Moyer (#3309)