IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

SOLAE, LLC, )
A Delaware limited liability company, )
)
      Plaintiff, )
) C.A. No. 07-140-JJF
vs. )
)
HERSHEY CANADA INC. )
an Ontario, Canada corporation, )
)
      Defendant )

**AFFIDAVIT OF CARMEN COMPAS**
(sworn June 25, 2007)

1.     I have been employed by Solae, LLC ("Solae") and one of its predecessor companies for approximately 17 years. My current position is Senior Account Manager II in the Protein Division. I have been responsible for Solae's sales of isolated soy protein products to The Hershey Company ("Hershey") since approximately 2004, and I am employed at Solae's St. Louis, Missouri headquarters.

2.     I have knowledge of the matters to which I hereinafter depose, except for matters that I have stated in this affidavit are based on information provided to me by others, all of which information I believe to be true.

3.     I have read an Affidavit of Kimberly McLucas sworn May 18, 2007. I am swearing this affidavit to comment upon certain portions of Ms. McLucas' affidavit.

4.      During the approximately three years in which I was responsible for some of Solae's Hershey sales accounts, I engaged in the type of process of setting the price for the sale of Solae products which is discussed in paragraphs 4 to 13 of Ms. McLucas' affidavit. In this regard, I never dealt with Ms. McLucas rather I dealt with Mr. Doug Soliday, who is the Manager of Specialty Ingredients in the Global Procurement department of Hershey, based in Hershey, Pennsylvania.

5.      Based on my experience working with Hershey accounts from 2004 to 2007, the nature of the price agreements differs from the way in which it is described in paragraph 13 of Ms. McLucas' affidavit.

6.      Typically, Mr. Soliday would provide me with a projection of the volume of a given Solae product that he anticipated the Hershey plants would order from Solae in a 12-month period, and we would then agree on the price that would apply to the sales of that product to those Hershey plants in that year. Contrary to paragraph 13 of Ms. McLucas' affidavit, I did not understand that this process and the price agreement was contractually obligating Hershey to purchase that particular volume of the Solae product in that year.

7.      Mr. Soliday himself consistently referred to the volume of orders for the subsequent year as "projected volumes". Consistent with that, I understood that while Mr. Soliday was making his best estimate of the projected volume of orders, acting in a good faith, he was not formally committing Hershey to purchase that precise amount of product in the upcoming year.

8. Ms. McLucas attached as Exhibit B to her affidavit a document which she referred to as a "Quantity Contract". To the best of my recollection, prior to the beginning of 2007, no one at Hershey or Hershey Canada had ever sent to me a document like Exhibit B of Ms. McLucas' affidavit, nor do I recall having seen any such document prior to February 2007. No other Solae personnel has said to me that Hershey or Hershey Canada had sent that type of document to them.

9. The first time that I can recall having seen such a "Quantity Contract" document was in February 2007. In the first week of February 2007, Mr. Soliday had sent me an email requesting a price quote for the sale of Soy Protein Isolate, XT 219D for a new product to be made at Hershey Canada's Smith Falls, Ontario plant. Following an exchange of emails and phone calls, Mr. Soliday and I agreed that Solae would sell that product to Hershey at a price of US$5.49 per kilo. Attached as **Exhibit 1** is a copy of that exchange of emails between Mr. Soliday and me on February 1, 2007 and February 7, 2007.

10. On February 9, 2007 I received a phone call from an employee of Hershey who identified herself as Cindy Currey. Ms. Currey told me that she was trying to fax a document to me but it was not going through. I asked her what fax number she was using. Ms. Currey told me that the fax number she was using was 314-982-4833. I told Ms. Currey that that was an out-dated fax number for Solae, and I gave her my current fax number. Later that day, I received by fax from Ms. Currey a "Quantity Contract" document similar to the document marked as Exhibit B to Ms. McLucas' affidavit. A copy of the fax which I received from Ms. Currey is attached as **Exhibit 2**.

11.    Neither Mr. Soliday nor any other Hershey representative told me why, at this time in February 2007, Hershey had decided to send this document.

12.    The front page of the Quantity Contract at Exhibit 2 states in upper case letters "CONTRACT QUANTITIES ARE APPROXIMATE BASED ON PROJECTED PRODUCTION REQUIREMENTS AND WILL BE RELEASED AS NEEDED BY THE PLANT". That is consistent with my understanding of the meaning and effect of the volume projection in the price agreements between Hershey and Solae.

13.    The last page of the fax which I received from Hershey on February 9, 2007 is a sheet headed "Terms and Conditions". As far as I can recall, I had not previously received, or seen, that type of document from Hershey or Hershey Canada prior to February 2007.

I declare under penalty of perjury that the foregoing is true and correct.

SWORN BEFORE ME in St. Louis, MO, this day on June 25, 2007.

Notary: _[signed] Pamela R. Harper_

_____
CARMEN COMPAS

" NOTARY SEAL "
Pamela R. Harper, Notary Public
St. Louis County, State of Missouri
My Commission Expires 8/3/2008

# Exhibit 1

16

| | | | |
|---|---|---|---|
| Carmen J. Compas/PROTEIN<br>02/07/2007 03:57 PM | To | "Soliday, Doug" <dsoliday@hersheys.com>,<br>ccurrey@hershey.com | |
| | cc | ccompas@solae.com | |
| | bcc | | |
| | Subject | Re: New Item Soy Protein Isolate, XT 219D | |

Doug, I left you a voice mail about the pricing and I have added the details below.

If you have additional questions please call me. I am going to be at Hershey tomorrow and Friday AM if you need to sit down and talk. My cell is 314-378-4111.

Minimum order is five pallets
Lead time on orders is two weeks; then you have to figure five to six business days for shipping to Canada.

| Product Item number | Price per Kilo US dollars FOB our plant | Package size | Bags per pallet |
|---|---|---|---|
| Supro XT219D 10001724 | $5.37 | 20 KG bags | 50 |
| | | | |

Thank you

Carmen Compas
ccompas@solae.com
office # 314-659-3091
cell # 314-378-4111


| | | | |
|---|---|---|---|
| "Soliday, Doug" <dsoliday@hersheys.com><br>02/01/2007 04:23 PM | To | <ccompas@solae.com> | |
| | cc | | |
| | Subject | New Item Soy Protein Isolate, XT 219D | |

Hi Carmen

I have another opportunity for you, could you please provide me with pricing for Soy Protein Isolate, XT 219D
Also need Pack types, lead times and min order quantity ...
This new item is scheduled to be made at our Smith Falls Plant, Ontario Canada
I do not have any volumes as of yet but will get back to you as soon as I hear anything

L7

Launch is June/July so I would think production would be March/ April

Thank you

Douglas C. Soliday
The Hershey Company
Global Procurement
Manager of Specialty Ingredients
PH:717-534-6541
Fax: 717-534-8230
email: dsoliday@hersheys.com

# Exhibit 2

(9

FEB-09-2007 FRI 03:43 PM HERSHEY FOODS-COMMODITY    FAX NO. 7175347754    P. 01



The Hershey Company
Corporate Headquarters
100 Crystal A Drive
PO Box 810
Hershey, Pennsylvania 17033-0810
Phone: (717) 534-4000
Fax: (717) 534-7752
Internet: http://www.hersheys.com

# THE HERSHEY COMPANY

Telefax Transmission

TO: Carmen Compas

FROM: Cindy Cerrey    Fax (717) 534-7754

DATE: 2/8/07    FAX NO.: 314-659-5751 / 314-982-4833

PAGE(S): 3    (including cover sheet).

Message: _____

_____

_____

_____

_____

_____

If you do not receive all the pages or have a question/problem,
please call (717) 534-7707

FEB-09-2007 FRI 03:43 PM HERSHEY FOODS-COMMODITY     FAX NO. 7175347754     P. 02

20

**Hershey Canada, Inc.**                    Quantity Contract/Quantité du Contrat 46045333

A Hershey Foods Company/                                        Page 1
Une Compagnie de Hershey Foods                                  Date 02/08/2007

Invoice To/  THE HERSHEY COMPANY
Facturer à:  DISBURSEMENTS DEPARTMENT
             PO BOX 806 – 100 CRYSTAL A DR
             HERSHEY PA 17033-0806

Terms and Conditions on Reverse / Modalités au Verso

Vendor/       3008099                       Ship To/     Smiths Falls Plant
Fournisseur:  THE SOLAE CO LLC              Expédier à:  Hershey Canada, Inc.
              23101 NETWORK PLACE                        1 Hershey Drive
              CHICAGO, IL 60673-1217                     Smiths Falls ON  K7A 4T8
              USA

Vendor Phone/Tél: 314-659-3091    Fax: 219-425-5301    Incoterms/Incoterms: FOB DESTINATION     Phone/Tél: 717-534-4422
Confirming to/Confirmer à: Carmen Compas               Contact: Cindy Currey                    Fax: 717-534-7754
Date/Date:

Vendor Contract/                                       Valid From:  02/08/2007
Contrat de Fournisseur:                                Valid To:    12/31/2007

Terms/Conditions de Paiement: Within 30 days Due net                Currency/Monnaie: USD

CONTRACT QUANTITIES ARE APPROXIMATE BASED ON PROJECTED PRODUCTION
REQUIREMENTS AND WILL BE RELEASED AS NEEDED BY THE PLANT

| Item/Article | Quantity/Quantité | U/M | Stock No./Code de Produit / Description | Price/Prix | Amount/Montant |
|---|---|---|---|---|---|
| 00010 | 10,000.000 | Kilogram | 1-04675-000  Soy Protein Isolate, Solae, XT 219D | 5.37  1/KG | 53,700.00 |

MATERIAL MUST MEET THE HERSHEY COMPANY SPECIFICATIONS.
MUST COMPLY WITH SEAL CARRIER POLICY

*[handwritten: 2/6/07    Memphis]*
*[handwritten: 219D    5.37KG]*
*[handwritten: ccurrey@hersheys.com]*

Acknowledgement Not Required                           Total Amount/Montant Total  USD    53,700.00

The above prices on this purchase order excludes the Goods
and Services Tax (GST) and Quebec Sales Tax (QST).          Dans le prix indiqué ci-dessus dans de bon de commande, la taxe sur
All correspondence including acknowledgements, quotations   les produits et services (TPS) et la taxe de vente du Québec (TVQ)
and invoices must indicate the following:                   ne sont pas comprises.

1) Vendor GST and/or QST registration number                Toute la correspondance, y compris les accusés de réception, les
2) The GST and/or QST item tax status                       propositions de prix et les factures doivent mentionner les
3) The GST and/or QST separately by each line item          renseignements suivants:
4) Total GST and/or QST amount of the invoice               1) Le numéro d'enregistrement du fournisseur pour la TPS et/ou TVQ
                                                            2) La situation fiscale de l'article en ce qui concerne la TPS et/ou TVQ
                                                            3) Le montant de la TPS et/ou TVQ séparé pour chaque article de la gamme
                                                            4) Le montant de la TPS et/ou TVQ pour la facture

Ontario retail sales tax exempt vendor permit No. 1233-6386
No. 1233-6386 d'exemption de taxe de vente au détail de l'Ontario

*[signature]*
Hershey Canada, Inc.

FEB-09-2007 FRI 03:43 PM HERSHEY FOODS-COMMODITY      FAX NO. 7175347754      P. 03

21