# Morris James LLP

Katherine J. Neikirk
302.888.6808
kneikirk@morrisjames.com

July 9, 2007

**VIA E-FILING AND HAND DELIVERY**

The Honorable Joseph J. Farnan, Jr.
United States District Court
District of Delaware
844 King Street
Wilmington, Delaware 19801

Re:   *Solae, LLC v. Hershey Canada Inc.,*
      C. A. No. 07-140-JJF

Dear Judge Farnan:

Pursuant to Local District Court Civil Rule 7.1.4, Plaintiff Solae, LLC respectfully requests that the Court schedule, as soon as the Court's schedule permits, oral argument on Hershey Canada Inc.'s motion to dismiss the above captioned matter (D.I. 26). Briefing on the motion to dismiss was completed on Thursday July 5, 2007.

Thank you for your consideration.

Respectfully submitted,

Katherine J. Neikirk (#4129)
kneikirk@morrisjames.com

KJN/lsw

cc:   District Court (via e-filing)
      Jeffrey L. Moyer (via e-filing)

1589131