IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

SOLAE, LLC,                          :
                                     :
         Plaintiff,                  :
                                     :
    v.                               :   Civil Action No. 07-140-JJF
                                     :
HERSHEY CANADA, INC.,                :
                                     :
         Defendant.                  :

# O R D E R

WHEREAS, Defendant filed a Motion To Dismiss (D.I. 7) seeking to dismiss all counts of the Complaint;

WHEREAS, Plaintiff thereafter filed its opposition to the motion, as well as an Amended Complaint addressing some of the issues raised by Defendant's motion;

WHEREAS, Defendant filed a Motion To Dismiss The Amended Complaint (D.I. 26), seeking the same relief with respect to the Amended Complaint;

NOW THEREFORE, IT IS HEREBY ORDERED that Plaintiff's Motion To Dismiss the original complaint (D.I. 7) is **DENIED AS MOOT**.

July 31, 2007
DATE

_____
UNITED STATES DISTRICT JUDGE