# Morris James LLP

P. Clarkson Collins, Jr.
302.888.6990
pcollins@morrisjames.com

September 27, 2007

**VIA E-FILING AND HAND DELIVERY**

The Honorable Joseph J. Farnan, Jr.
United States District Court
District of Delaware
844 King Street
Wilmington, Delaware 19801

Re:   *Solae, LLC v. Hershey Canada Inc.,*
      C. A. No. 07-140-JJF

Dear Judge Farnan:

I write on behalf of Plaintiff Solae LLC with regard to the letter Mr. Moyer filed yesterday afternoon for Defendant. Respectfully, the Court should strike the letter as violative of Local Rule 7.1.2(b), which provides in pertinent part:

> ...Except for the citation of subsequent authorities, no additional papers shall be filed absent Court approval.

Mr. Moyer's letter does not cite "subsequent authorities." Instead, it cites and furnishes a Solae filing in the Canadian proceeding. It goes on to contain impermissible advocacy by characterizing Solae -- erroneously -- as having "consented to proceeding in the Ontario action."

Local Rule 7.1.2(b), bars Solae from explaining Defendant's error. If the Court would like an explanation, Solae will readily respond.

Solae appreciates the Court's attention to Solae's request.

Respectfully submitted,

P. Clarkson Collins, Jr. (#739)
pcollins@morrisjames.com

The Honorable Joseph J. Farnan, Jr.
September 27, 2007
Page 2

Morris James LLP

PCC/lsw
cc:  District Court (via e-filing)
     Jeffrey L. Moyer, Esquire (via e-filing)
     Scott L. Winkelman, Esq. (via email)
     Monica M. Welt, Esq. (via email)
     Katherine J. Neikirk, (via email)

1615961