IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SOLAE, LLC, | : |
| Plaintiff, | : |
| v. | : Civil Action No. 07-140-JJF |
| HERSHEY CANADA INC., | : |
| Defendants. | : |

**ORDER**

At Wilmington, this 9 of May 2008, for the reasons set forth in the Memorandum Opinion issued this date, IT IS HEREBY ORDERED that Defendant Hershey Canada, Inc.'s Motion to Dismiss (D.I. 26) is **GRANTED**.

/s/ Joseph J. Farnan, Jr.
UNITED STATES DISTRICT JUDGE